UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
I.A.M. NATIONAL PENSION FUND, )
NATIONAL PENSION PLAN, et al.,)
                              )
            Plaintiffs,       )
                              )
     v.                       )   Case No. 05CV2032 JR
                              )
PROGRESSIVE SERVICE DIE CO.,  )
                              )
            Defendant.        )
_____)
```

MOTION TO STRIKE ANSWER

Plaintiffs, I.A.M. National Pension Fund, National Pension Fund, and Warren Mart and Burton C. Trebour, through their counsel, pursuant to Rule 12(f), Federal Rules of Civil Procedure, hereby move the Court for an Order striking from the docket of the Court the November 14, 2005 Answer of defendant, Progressive Service Die Co. The grounds for this motion, more fully set forth in the attached Memorandum is:

1)   The answer was not signed by an attorney;

2)   Thomas Schmitt, president of defendant, is not an attorney licensed to practice before the bar of this Court; and

3) A corporate defendant may not appear through its officer or managing agent.

Respectfully submitted,

Dated: January 19, 2006

/s/
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
(202) 785-2658
jmartocci@iamnpf.org

/s/
Robert T. Osgood, #247973
1300 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
(202) 785-2658
rosgood@iamnpf.org

Attorneys for Plaintiffs

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND,<br>NATIONAL PENSION PLAN, et al.,<br>          Plaintiffs,<br>     v.<br>PROGRESSIVE SERVICE DIE CO.,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 05CV2032 JR<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM IN SUPPORT OF MOTION TO STRIKE ANSWER

Plaintiffs, I.A.M. National Pension Fund, National Pension Fund, and Warren Mart and Burton C. Trebour, through their counsel, have moved the Court for an Order striking from the docket of the Court the November 14, 2005 Answer of defendant, Progressive Service Die Co.

Plaintiffs filed their Complaint on October 17, 2005. Defendant was personally served with the Summons & Complaint on October 24, 2005, by service upon Thomas Schmitt, president. Defendant's Answer was due on or before November 14, 2005. The Court received and filed the Answer to Complaint of the defendant on November 14, 2005. The Answer was signed by Thomas E. Schmitt, president. The Court, by Order dated January 10, 2006, permitted the Answer to be filed.

In <u>Saga Broadcasting Corp. v. Federal Communications Commission</u>, 38 Fed.Appx. 8, 11, U.S.C.A., D.C., April 22, 2002,

it was noted "it is well established that a corporation may not appear in federal court other than through a licensed attorney." In addition, in <u>Rowland v. California Men's Colony, Unit II Men's Advisory Council</u>, 506 U.S. 194 at 201-202, (1993), the Supreme Court noted "[I]t has been the law for the better part of two centuries .... that a corporation may appear in the federal courts only through licensed counsel. ...Thus, save in a few aberrant cases, [footnote omitted] the lower courts have uniformly held that <u>28 U.S.C. §1654</u>, providing that "parties may plead and conduct their own cases personally or by counsel," does not allow corporations, partnerships or associations to appear in federal court otherwise than through a licensed attorney.

    Plaintiffs respectfully request that the November 14, 2005 Answer to Complaint of defendant, be stricken from the docket of the Court. Plaintiffs further request that defendant be required to file an Answer to the Complaint within ten days from the date of the Order herein.

                                        Respectfully submitted,

Dated:   January 19, 2006      /s/_____

                                        Joseph P. Martocci, Jr., #955716
                                        1300 Connecticut Avenue, NW
                                        Suite 300
                                        Washington, DC  20036
                                        (202) 785-2658
                                        jmartocci@iamnpf.org

```
                              /s/
                              _____
                              Robert T. Osgood, #247973
                              1300 Connecticut Avenue, NW
                              Suite 300
                              Washington, DC   20036
                              (202) 785-2658
                              rosgood@iamnpf.org

                              Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE SERVICE DIE CO., <br><br> Defendant. | Case No. 05CV2032 JR |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for to Strike Answer; Memorandum in Support of Plaintiffs' Motion to Strike Answer; and Proposed Order was placed in the mail, first class proper postage prepaid, this 19th day of January, 2006, addressed to Thomas E. Schmitt, President, Progressive Service Die Co., #1 Taylor Boulevard, New Kingstown, PA 17072.

/s/
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs