```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

|   |   |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 05CV2032 JR ) |
| PROGRESSIVE SERVICE DIE CO., | ) ) |
| Defendant. | ) ) |

## ORDER

The Court having considered the January 19, 2006 Motion to Strike Answer and the Court being of the opinion that the motion should be granted, it is hereby

ORDERED, that the November 14, 2005 Answer of Defendant be stricken from the docket of the Court, and it is further

ORDERED, THAT Defendant file an Answer to the Complaint within ten (10) calendar days of the date of this Order.

_____
James Robertson
United States District Judge