FILED
FEB 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE SERVICE DIE COMPANY, <br><br> Defendant. | Case No. 05CV2032 JR |

CONSENT DECREE

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, et al., have alleged that the defendant, Progressive Service Die Company, has been delinquent in pension payments which it is obligated by a collective bargaining agreement to make to the Plan. Defendant admits that it was delinquent in making its pension payments and has paid the Plaintiff Plan $5,067.90 toward the reduction of its delinquency.

The parties having agreed that the following decree may be entered by the Court without findings of fact and conclusions of law having been made, NOW THEREFORE, it is this 10th day of February, 2006, Ordered Adjudged and Decreed as follows:

1. Defendant, Progressive Service Die Company, shall pay the plaintiff Plan $11,286.60, on or before March 31, 2006, broken down as follows:

a. $7,121.70, pension contributions for the months of July, 2005 through and including October, 2005;

-2-

b.  $1,412.01, liquidated damages, and $868.13, interest in satisfaction of its obligations to the Plan under Article V, Section 4 of the Fund Trust Agreement;

c.  $1,500.00, attorneys' fees; and

d.  $384.76, court costs.

_____
James Robertson
United States District Judge

AGREED TO:   February 10, 2006

By:

_____

Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW,
Suite 300
Washington, DC 20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs

_____
Robert T. Osgood       #247973
1300 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
(202) 785-2658
rosgood@iamnpf.org

Attorney For Plaintiffs

Thomas E. Schmitt
#1 Taylor Boulevard
New Kingstown, PA 17072
(717) 766-8004

President of Defendant